371 A.2d 512
Commonwealth v. Wakeley, Appellant.

Argued September 20, 1976. Robert L. Walsh, Assistant Public Defender, for appellant; Frank Strouss Morrison, Assistant District Attorney, with him James J. Rosini, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.